# EXHIBIT A



SAMUEL, SON & CO. INC.

December 28, 2012

Erik S. Beach
125 Old Country Lane
Sarver, PA  16055

Dear Erik:

On behalf of Samuel, Son & Co. Inc., I am pleased to offer the following terms of employment:

| | |
|---|---|
| Title: | VP Sales |
| Date of Employment: | Tuesday, January 1, 2013<br>*Your previous employment with Frontier Steel will be retained for seniority purposes. Our records indicate your original date of hire is:<br>10/1/2003 |
| Reporting to: | John Matig |
| Standard Hours: | 8:00 a.m. - 5:00 p.m., one-hour unpaid lunch, Monday - Friday<br>(Additional hours as required) |
| Compensation: | You will be paid $6595.81 on a biweekly basis, and you are paid to the day on payday.  The pay period runs from Sunday through Saturday over a two-week period. |
| Business Expenses: | You will be reimbursed for all submitted & approved business expenses on a bi-weekly basis.  Automobile expenses will be paid/reimbursed as required in accordance with the Samuel, Son & Co. US Mileage Reimbursement policy (currently $0.565/mile) for your business travel. |
| Benefits: | You will retain the same benefit you had as a Frontier Steel employee for the following: |

- Medical/Prescription insurance

You will become immediately eligible for the following benefits as of your first day of employment with Samuel:

- AD&D/Life insurance at 1-½ times your annualized base salary (max. $125K in coverage)
- Dental insurance
- Supplemental Life insurance (Employee expense)
- Long Term Disability (Employee expense)
- Flex Spending Account Plan with both Dependent Care and Health Care options (Employee expense)
- Short Term Disability



December 28, 2012
Erik S. Beach
page 2 of 2

| | |
|---|---|
| Retirement: | Open Enrollment into the 401(k) plan is January 1 or July 1 of each year, upon completion of six months of employment with Samuel. However - you will become immediately eligible as of your first day of employment with Samuel. The current Employer Match is dollar for dollar to an annual maximum of $1,800. |
| Vacation: | In 2013 going forward you will earn fifteen (15) days per calendar year in accordance with the Samuel, Son & Co. Inc. Employee Handbook. *Prior employment with Frontier Steel was taken into consideration for vacation calculation purposes.* |
| Holidays: | 8 designated days per company policy. |

**This above offer letter is contingent upon completion of the I9 Immigration Form.**

If you agree with the above, please sign below and return this letter to Gail Smith in the Human Resources department. A copy of this letter is enclosed for your records.

Sincerely,

Al Bromley
President
Samuel, Son & Co. Inc.

Accepted:

Erik S. Beach                                    01-03-2013
                                                Date