# EXHIBIT B

## RECEIPT AND ACKNOWLEDGMENT
## OF SAMUEL, SON & CO. INC.
## EMPLOYEE GUIDELINES & PROCEDURES MANUAL

The Employee Guidelines & Procedures Manual is an important document intended to help you become acquainted with Samuel, Son & Co. Inc. This Manual will serve as a guide; it is not the final word in all cases. Individual circumstances may call for different approaches and resolutions.

Please read the following statements and sign the next page to indicate your receipt and acknowledgment of the Samuel, Son & Co. Inc. Employee Guidelines & Procedures Manual.

- I have received and understand it is my responsibility to read a copy of the Samuel, Son & Co. Inc. Employee Manual. I understand that the policies, rules and benefits described in it are subject to change at the sole discretion of the Company at any time.

- I acknowledge that the Manual contains no promise of any kind by Samuel, Son & Co. Inc. and is not a contract or part of a contract of employment with the Company. I understand that Samuel, Son & Co. Inc. remains free to change any or all of the provisions of this Manual without having to consult with me or anyone else and without any agreement by me or anyone else. I also understand that Samuel, Son & Co. Inc. may terminate my employment at any time with or without cause and with or without notice. And, I understand that no one has authority to enter into any agreement with me and that there is no agreement with me which provides that my employment is to be for any particular duration or specified period of time.

- I am aware that during the course of my employment confidential information will be made available to me; e.g., marketing strategies, customer lists; pricing policies and other related information. I understand that this information is critical to the success of Samuel, Son & Co. Inc. and must not be given out or used outside of the Company or with non-Samuel employees. In the event of termination of employment, whether voluntary or involuntary, I hereby agree not to utilize or exploit this information with any other individual or company.

- I understand that, should the content of this manual be changed in any way, Samuel, Son & Co. Inc. may require an additional signature from me to confirm that I am aware of and understand any new policies. However, I also understand that my signature is not required for any such change to be effective and applicable to me.

Revised January 2004                    Page 1 of 2

My signature below indicates that I have read and understand the above statements and have received a copy of the Samuel, Son & Co. Inc. Employee Guidelines & Procedures Manual.

_Erik S Beach_____        _01/02/2013_____
Employee's Signature                          Date


_____        _____
Manager's Signature                          Date


Original signed form must be returned to the Human Resources Department of the Company.