IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SAMUEL, SON & CO., INC., d/b/a FRONTIER STEEL COMPANY, | ) ) ) | Civil Action No. 1:13-cv-00128-SJM |
| *Plaintiff*, | ) ) ) | |
| v. | ) ) ) | **JURY TRIAL DEMANDED** |
| ERIK BEACH, ESMARK-EXCALIBUR LLC, and ERIC A. HOOVER, | ) ) ) ) | |
| *Defendants*. | ) | |

**PLAINTIFF'S MOTION FOR EXPEDITED DISCOVERY**

Plaintiff, Samuel, Son & Co., Inc., d/b/a Frontier Steel Company ("Frontier"), by and

through its attorneys, Cohen & Grigsby, P.C., hereby files this Motion for Expedited Discovery

against Defendants Erik Beach ("Beach"), Esmark-Excalibur LLC ("Esmark-Excalibur"), and

Eric A. Hoover ("Hoover") (collectively, "Defendants") in connection with Plaintiff's Motion for

Preliminary Injunction, which will be filed shortly.

1.      In its Complaint, Frontier seeks damages and an injunction as a result of

Defendants' misappropriation and misuse of Frontier's confidential and proprietary information

and trade secrets and Defendants' raid of Frontier's work force in a calculated effort to undermine

Frontier's market position.

2.      Plaintiff Frontier also seeks an order barring Defendant Esmark-Excalibur from

placing Frontier's former employees in positions that substantially overlap with the sales

positions they occupied before they were induced by Esmark-Excalibur and Hoover to quit

without notice in late April 2013.

3.      Beach – who is a former equity owner and officer of Frontier – misused his access to Frontier's computer system to steal extremely valuable and highly sensitive confidential information.  Specifically, Beach secretly e-mailed a large volume of confidential data, including customer lists, sales data and pricing information, to an authorized personal e-mail account from his company-issued e-mail address.  Upon information and belief, these materials were taken for the use and benefit of Beach and Esmark-Excalibur, which is Beach's current employer.

4.      Upon information and belief, Esmark-Excalibur has used, and intends to continue using, this confidential information to unfairly compete with Frontier in the carbon steel business.  At a minimum, the employment by Esmark-Excalibur of Frontier's former Vice President of sales and half of Frontier's prior sales force creates a substantial threat of trade secret misappropriation, given Esmark-Excalibur's refusal to take any steps to prevent the use of the highly sensitive stockpile of records that were stolen by Beach.

5.      Defendants also have used Frontier's confidential business information for the purpose of improperly soliciting Frontier's employees.  Hoover directed and/or participated in the tortious interference with Frontier's employment relationships.

6.      Defendants have refused to take reasonable steps to prevent the threatened misappropriation of Frontier's trade secrets.

7.      Frontier's investigation of the facts underlying this dispute is ongoing.  Frontier believes that much of the information essential to its investigation is within the Defendants' exclusive possession, custody and control.

8.      Frontier seeks leave of Court to conduct certain limited expedited discovery, which will facilitate the preservation of evidence and enable Frontier to prepare for the hearing on Frontier's anticipated Motion for Preliminary Injunction.

9.     Frontier intends to take depositions and to serve upon Defendants its First Set of Requests for Admission, Interrogatories and Request for Production of Documents, substantially in the form attached hereto as Exhibit A.

10.    Denial of Frontier's request for expedited discovery may impair and prejudice Frontier's ability to prepare for the preliminary injunction hearing.

WHEREFORE, Frontier respectfully requests that this Court grant this Motion for Expedited Discovery and enter the proposed Order attached hereto.

Respectfully Submitted,

COHEN & GRIGSBY, P.C.

By: */s/ Barbara A. Scheib*
    Barbara A. Scheib (Pa. ID No. 82584)
    Leah R. Imbrogno (Pa. ID No. 309450)

625 Liberty Avenue
Pittsburgh, PA 15222-3152
(412) 297-4900
(412) 209-0672 (facsimile)

*Attorneys for Plaintiff, Samuel, Son & Co., Inc., d/b/a Frontier Steel Company*

Dated: May 10, 2013
1857012.v1

3

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on the 10th day of May, 2013, the foregoing PLAINTIFF'S

MOTION FOR EXPEDITED DISCOVERY was filed with the Court electronically and a true

and correct copy was served upon counsel for Defendants via hand delivery addressed as

follows:

Gordon W. Schmidt, Esq.
McGuire Woods, LLP
EQT Plaza
625 Liberty Avenue, 23rd Floor
Pittsburgh, PA  15222-3142

*/s/ Barbara A. Scheib*
Attorney for Plaintiff