IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SAMUEL, SON & CO., INC., d/b/a FRONTIER STEEL COMPANY, | ) ) ) | Civil Action No. 1:13-cv-00128-SJM |
| *Plaintiff*, | ) ) | |
| v. | ) ) ) | **JURY TRIAL DEMANDED** |
| ERIK BEACH, ESMARK-EXCALIBUR LLC, and ERIC A. HOOVER, | ) ) ) ) | |
| *Defendants*. | ) | |

## ORDER OF COURT

AND NOW, this _____ day of _____, 2013, upon consideration

of the Motion for Expedited Discovery filed by Plaintiff Samuel, Son & Co., Inc., d/b/a Frontier

Steel Company ("Frontier"), it is hereby ORDERED, ADJUDGED and DECREED that the

motion is GRANTED and that discovery shall proceed as follows:

(i)    Defendants shall serve responses to Frontier's First Set of Interrogatories,

Requests for Admission and Request for Production of Documents, as attached to Plaintiff's

Motion for Expedited Discovery, upon Frontier no later than the _____ day of

_____, 2013.

(ii)    Defendants may propound a first set of discovery requests upon Frontier no later

than the _____ day of _____, 2013.  Frontier shall serve responses to

discovery requests properly propounded pursuant to this Section (i) within 10 calendar days of

service of such requests.

(iii)    Any subsequent discovery requests propounded by any party shall be answered within 10 business days of service thereof.

(iv)    All discovery requests and responses served hereunder shall be transmitted, in addition to U.S. Mail, by electronic mail, facsimile or hand-delivery to all counsel of record.

(v)    Unless otherwise mutually agreed, depositions in this matter shall commence on the _____ day of _____, 2013.

(vi)    The parties will be permitted to take depositions after providing at least 3 calendar days' notice, unless mutually agreed to by the parties.

(vii)    The parties will trade off depositions without double tracking unless circumstances dictate that additional depositions are required for purposes of trial preparation.

(viii)    If the last day of any time period set forth above falls on a Saturday, Sunday or Court holiday, that time period shall be deemed to end on the first business day following such Saturday, Sunday or Court holiday.

(ix)    The time limitations and other provisions set forth herein shall apply rather than either (a) the normally applicable discovery time periods and procedures established by the Federal Rules of Civil Procedure, or (b) the normally applicable time periods and procedures established by the Federal Rules of Civil Procedure regarding the service of subpoenas upon non-parties and the taking of non-party depositions.

(x)    Nothing in this Order of Court shall waive or prejudice any objection to discovery in this action on the basis of relevance, privilege, or similar grounds not addressed herein.

_____
United States District Judge

2