# EXHIBIT 1

 Samuel v Beach
Marsico, Leonard J.
to:
Barbara A. Scheib (bscheib@cohenlaw.com)
05/28/2013 10:30 AM
Cc:
"Schmidt, Gordon W.", "Batik, Kevin", "Muhl, Anne G."
Hide Details
From: "Marsico, Leonard J." <LMarsico@mcguirewoods.com>
To: "Barbara A. Scheib (bscheib@cohenlaw.com)" <bscheib@cohenlaw.com>,
Cc: "Schmidt, Gordon W." <GSchmidt@mcguirewoods.com>, "Batik, Kevin"
<KBatik@mcguirewoods.com>, "Muhl, Anne G." <AMuhl@mcguirewoods.com>
History: This message has been replied to.

Barbara,

Just by way of heads up, we are still awaiting your proposed confidentiality order and electronic review protocol as part of the discovery stipulation. We have conferred with our client and if agreement is reached on everything else, we are OK with no more than five depositions per side, based on those you have identified, provided that Hoover and the 30(b)(6) count as two irrespective of whether Hoover or someone else is designated, which depends on the areas of inquiry.

Pending our continued discussion, we will be filing an opposition to the Motion which will expressly note that we are endeavoring to reach a stipulated discover schedule.

Regards,

Len
Leonard J. Marsico
McGuireWoods LLP

625 Liberty Avenue, 23rd Floor

Pittsburgh, Pennsylvania 15222

412.667.7987 (Direct Line)

412.667.7956 (Direct FAX)

lmarsico@mcguirewoods.com

www.mcguirewoods.com

*This e-mail may contain confidential or privileged information. If you are not the intended recipient, please advise by return e-mail and delete immediately without reading or forwarding to others.*