IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

SAMUEL, SON & CO., INC., d/b/a ) Civil Action No. 1:13-cv-00128-NBF
FRONTIER STEEL COMPANY, )
)
*Plaintiff*, )
)
)
v. )
)
)
ERIK BEACH, ESMARK-EXCALIBUR LLC, )
and ERIC A. HOOVER, )
)
*Defendants*. )

## **JOINT PROPOSED EXPEDITED DISCOVERY ORDER**

The parties have met and conferred consistent with the Court's Order dated

September 11, 2013, and have agreed to the following scope and deadlines for conducting

Expedited Discovery in this matter:

1) The parties shall confer to reach a mutual agreement as it relates to the production of

information claimed by any party to be confidential pursuant to Fed. R. Civ. P. 26(c).

2) Expedited Discovery limited to disputed issues relating to the Motion for Preliminary

Injunction filed by Plaintiff and response filed by Defendants shall occur between the

dates of September 30, 2013 and December 5, 2013.

3) The time limitations and other provisions set forth herein shall apply to discovery

directed to parties and to any third party producing documents during Expedited

Discovery rather than either (a) the normally applicable discovery time periods and

procedures established by the Federal Rules of Civil Procedure or (b) any local rule.

4) On or before October 15, 2013, the parties may serve one set of Expedited Discovery

requests directed to parties, consisting of up to ten (10) Interrogatories, twenty (20)

Requests for Admission and twenty (20) Requests for Production of Documents directed to other parties. The requests shall be limited to disputed factual issues pertinent to the preliminary injunction motion filed by Plaintiff and Defendants' defenses thereto.

5) Responses to each party's Expedited Discovery requests shall be served no later than 20 days from service.

6) The parties may conduct Expedited Discovery directed to non-party Steel City Plate Company by way of subpoena subject to the limited scope of discovery described in paragraph 4. Counsel for Defendants represent that they will accept service of a subpoena directed to Steel City Plate Company. Steel City Plate Company will respond to such subpoena within the time periods set forth in paragraph 5.

7) All discovery requests and responses served hereunder shall be transmitted, in addition to or instead of U.S. Mail, by electronic mail, facsimile or hand-delivery to all counsel of record.

8) The parties shall identify the individuals who they wish to depose as soon as practicable, but in any event by no later than November 5, 2013. The parties shall cooperate to conduct the depositions after production of documents and data in response to the parties' respective first discovery requests, but in all events by no later than December 5, 2013.

9) The depositions held pursuant to this order shall take place at times and places selected by agreement of the parties and witnesses.

10) Plaintiff and Defendants may each notice up to five fact witness depositions during Expedited Discovery.

11) The parties shall confer to reach a mutual agreement as it relates to the inspection and imaging of electronic media, including without limitation personal computers, laptops,

personal digital assistants, cellular phones, or other electronic or magnetic storage devices that are sought by the parties in discovery. The parties shall also confer to reach mutual agreement on the production of electronically stored information and appropriate keyword searches to be used to identify records responsive to discovery requests for the following individuals: Erik Beach, Eric Hoover, Kathleen B. Martin, Adrienne Talarico, Todd C. Davis, Ryan P. Morgan, Al Bromley, John Matig, John Godwin, Mike Hancock, Frank Quigley and Jamie Esway.

12) If the last day of any time period set forth above falls on a Saturday, Sunday or Court holiday, that time period shall be deemed to end on the first business day following such Saturday, Sunday or Court holiday.

13) Nothing in this Order of Court shall waive or prejudice any objection to discovery in this action on the basis of relevance, privilege, or similar grounds not addressed herein.


**STIPULATED AND AGREED:**

COHEN & GRIGSBY, P.C.                         MCGUIRE WOODS, LLP

By: */s/ Barbara A. Scheib*                         By: */s/  Kevin Batik*
Barbara A. Scheib (Pa. ID No. 82584)         Leonard J. Marsico (Pa. ID No. 33206)
Leah R. Imbrogno (Pa. ID No. 309450)         Kevin S. Batik (Pa. ID No. 89209)
625 Liberty Avenue, 5th Floor                 625 Liberty Avenue, 23rd Floor
Pittsburgh, PA 15222-3125                     Pittsburgh, PA 15222-3142
(412) 297-2900                                (412) 667-6000
(412) 209-0672 (facsimile)                    (412) 667-6050 (facsimile)
bscheib@cohenlaw.com                          LMarsico@mcguirewoods.com
limbrogno@cohenlaw.com                        kbatik@mcguirewoods.com

*Attorneys for Plaintiff, Samuel, Son & Co., Inc.*    *Attorneys for Defendants, Erik Beach, Esmark-*
*d/b/a Frontier Steel Company*                        *Excalibur LLC, and Eric A. Hoover*


Dated: September 25, 2013
1894490.v1

So ORDERED this _____ day of _____, 2013.

_____  
United States District Judge

## CERTIFICATE OF SERVICE

I hereby certify that on the 25th day of September, 2013, the foregoing Joint Proposed Expedited Discovery Order was filed with the Court electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/ Barbara A. Scheib*
Attorney for Plaintiff